ACCEPTED
06-15-00091-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 11:28:38 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00091-CR

IN THE COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 11:28:38 AM
DEBBIE AUTREY
Clerk

CHRISTOPHER WAYNE WILDER,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

FILED IN
The Court of Appeals
Sixth District
7/20/2015
Texarkana, Texas
Debra K. Autrey, Clerk

Appealed from the 276th Judicial District Court
Marion County, Texas
Trial Court Cause No. F14492

**BRIEF OF APPELLANT
IN SUPPORT OF MOTION TO WITHDRAW**

Submitted by:


James P. Finstrom
Counsel for Appellant
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
State Bar #07038000


APPELLANT DOES NOT REQUEST ORAL ARGUMENT

# IDENTITY OF PARTIES AND COUNSEL
Pursuant to T.R.A.P. 38.1(a)

Appellant:  Christopher Wayne Wilder
Institutional Division of Texas Department
of Criminal Justice
#02001232
Joe F. Gurney Unit
1385 FM 3328
Tennessee Colony, Texas 75803

Appellant's Counsel for Appellant at hearing on State's petition to
revoke probated sentence

Hon. Robert L. Cole, Jr.
409 Fredonia, Suite 101
Longview, Texas 75601

Appellant's Counsel on appeal:

Hon. James P. Finstrom
P.O. Box 276
Jefferson, Texas 75657

State's Counsel at hearing on motion to adjudicate and on appeal:

Hon. Angela Smoak, County Attorney
102 West Austin Street
Jefferson, Texas 75657

Trial Judge:

Hon. Robert Rolston, Judge,
276th Judicial District Court
Marion County, Texas

# TABLE OF CONTENTS
Pursuant to T.R.A.P. 38.1(b)

Page

IDENTITY OF PARTIES AND COUNSEL     2

TABLE OF CONTENTS     3

INDEX OF AUTHORITIES     5

STATEMENT OF THE CASE     6

ISSUE PRESENTED     7

ISSUE NO. 1: DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER ADJUDICATING APPELLANT'S GUILT HAVE MERIT ON APPEAL?

ISSUE NO. 2: DOES THE ISSUE WHETHER THE JUDICIAL CONFESSION OF APPELLANT WHEN HE PLEADED GUILTY AND RECEIVED A TEN YEAR SENTENCE PROBATED FOR EIGHT YEARS AND A $2500.00 FINE IS SUFFICIENT TO SUSTAIN THE JUDGMENT OF THE TRIAL COURT REVOKING HIS PROBATION AFTER HIS PLEAS OF TRUE TO SOME OF THE ALLEGATIONS IN THE MOTION TO REVOKE HIS PROBATION HAVE MERIT ON APPEAL?

ISSUE NO. ONE (Restated)     7

DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER REVOKING APPELLANT'S PROBATION HAVE MERIT ON APPEAL?

SUMMARY OF THE ARGUMENT     7

ARGUMENT (Issue No. 1)     8

ISSUE NO. TWO (Restated)                                            8

DOES THE ISSUE WHETHER THE JUDICIAL CONFESSION
OF APPELLANT WHEN HE PLEAD GUILTY AND RECEIVED
A TEN YEAR SENTENCE PROBATED FOR EIGHT YEARS
AND A $2500.00 FINE IS SUFFICIENT TO SUSTAIN THE
JUDGMENT OF THE TRIAL COURT REVOKING HIS
PROBATION AFTER HIS PLEAS OF TRUE TO SOME OF
THE ALLEGATIONS IN THE MOTION TO REVOKE HIS
PROBATION HAVE MERIT ON APPEAL?

SUMMARY OF THE ARGUMENT                                             9

ARGUMENT (Issue No. 2)                                             9

PRAYER                                                            9

CERTIFICATE OF SERVICE                                            10

# INDEX OF AUTHORITIES
## Pursuant to T.R.A.P. 38.1(c)

Cases:                                                                Page

<u>Burns v. State</u>, 835 S.W.2d 733                                    7
     (Tex.App.—Corpus Christi 1992, p.d.r. ref.)

<u>Dinnery v. State</u>, 592 S.W.2d 343 (Crim.App. 1970)               8


Statutes:

All references to Texas statutes, rules, etc. are to the latest edition published by West Publishing Company, unless otherwise noted.

## STATEMENT OF THE CASE
### Pursuant to T.R.A.P. 38.1(d)

Appellant entered a plea of guilty on August 7, 2014, to an indictment alleging the third degree felony offense Of Failure To Comply With Sex Offenders Duty To Register committed on June 30, 2013, and received a ten (10) year sentence in the Institutional Division of the Texas Department of Criminal Justice probated for eight (8) years and a $2500.00 fine. (CR 22-23)  On January 14, 2014, Appellee filed State's Petition to Revoke Probated Judgment. (CR 25-26)  On May 20, 2015, Appellant entered a plea of true to alleged violations numbered one through five in the Petition to Revoke and the Court heard evidence and revoked Appellant's probation, sentencing him to seven (7) years in Institutional Division of the Texas Department of Criminal Justice.  (CR 37-38, RR 1, 8-10, 46-47)   Appellant gave timely notice of appeal on May 22, 2015. (CR 39)  Counsel was appointed to represent Appellant on appeal on June 5, 2015.  (CR 40)  Counsel for Appellant believes that the appeal of this cause is without merit and submits this brief with his motion to withdraw from representation in this cause.

Counsel for Appellant is sending a copy of this Brief and a copy of the clerk's transcript and court reporter's record to Appellant the date this Brief is filed.

**ISSUES PRESENTED**
Pursuant to T.R.A.P. 38.1(e)

ISSUE NO 1:   DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER REVOKING APPELLANT'S PROBATION HAVE MERIT ON APPEAL?

ISSUE NO. 2:  DOES THE ISSUE WHETHER THE JUDICIAL CONFESSION OF APPELLANT WHEN HE PLEADED GUILTY AND RECEIVED A TEN YEAR SENTENCE PROBATED FOR EIGHT YEARS AND A $2500.00 FINE IS SUFFICIENT TO SUSTAIN THE JUDGMENT OF THE TRIAL COURT REVOKING HIS PROBATION AFTER HIS PLEAS OF TRUE TO SOME OF THE ALLEGATIONS IN THE MOTION TO REVOKE HIS PROBATION HAVE MERIT ON APPEAL?

ISSUE NO. ONE

(Restated)

DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER REVOKING APPELLANT'S PROBATION HAVE MERIT ON APPEAL?

SUMMARY OF THE ARGUMENT
Pursuant to T.R.A.P. 38.1(g)

Appellant discerns no potential issues to be raised on the appeal of this cause other than the sufficiency of evidence to support the judgment of the trial court finding Appellant guilty and probating

7

his sentence and the sufficiency of the evidence to support the order

of the trial court revoking his probation.  Neither have merit under the

authorities hereinafter set forth.  No other issues were raised in the

record.

ARGUMENT

Pursuant to T.R.A.P. 38.1(h)
Issue No. 1

Appellant entered pleas of true to five of the allegations of

violation of probation alleged against him. (RR 8-9)  These alone are

sufficient to sustain the trial court's order revoking probation.  See

Burns v. State, 835 S.W.2d 733 (Tex.App.—Corpus Christi 1992,

p.d.r. ref.)  There are no other issues legal presented in connection

with the revocation proceeding which might arguably result in reversal

of the trial court's order revoking probation.

ISSUE NO. TWO

(Restated)

DOES THE ISSUE WHETHER THE JUDICIAL CONFESSION OF
APPELLANT WHEN HE PLEADED GUILTY AND RECEIVED A TEN
YEAR SENTENCE PROBATED FOR EIGHT YEARS AND A
$2500.00 FINE IS SUFFICIENT TO SUSTAIN THE JUDGMENT OF
THE TRIAL COURT REVOKING HIS PROBATION AFTER HIS
PLEAS OF TRUE TO SOME OF THE ALLEGATIONS IN THE
MOTION TO REVOKE HIS PROBATION HAVE MERIT ON
APPEAL?

## SUMMARY OF THE ARGUMENT
Pursuant to T.R.A.P. 38.1(g)

See summary presented for Issue No. 1 above.

## ARGUMENT

Pursuant to T.R.A.P. 38.1(h)
Issue No. 2

It has long been the law that a judicial confession standing alone is sufficient to support a finding of guilty and assessment of punishment after a plea of guilty.  (CR 9-11)  See Dinnery v. State, 592 S.W.2d 343 (Crim.App. 1970)   No other issues were preserved for appeal in connection with Appellant's plea of guilty as part of a plea bargain.

## PRAYER

Upon the issues presented, counsel for Appellant, Christopher Wayne Wilder, is of the opinion that Appellant's appeal is without merit in this case prays that he be permitted to withdraw in this case and for such other and further relief to which Appellant may be entitled.

Respectfully submitted,

   /s/James P. Finstrom____
James P. Finstrom
Counsel for Appellant
202 S. Marshall,
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000

## CERTIFICATE OF SERVICE

I certify that I have delivered a true copy of this brief to Hon. Angela Smoak, counsel for the State, and to Appellant by United States mail, first class postage prepaid, at the Joe F. Gurney Unit, 1385 FM 3328, Tennessee Colony, Texas 75803, on this 17th day of July, 2015.

   /s/James P. Finstrom____
James P. Finstrom

## CERTIFICATE OF COMPLIANCE

I certify that Appellant's Brief filed electronically on this 17th day of July, 2015 complies with Tex. R. App. P. 9.4(i)(2)(B). This Brief contains 1,279 words.

/s/ James P. Finstrom
James P. Finstrom